

# Fourth Court of Appeals
## San Antonio, Texas

March 27, 2024

Nos. 04-23-00144-CV; 04-23-00635-CV

In the **MATTER OF** the **MARRIAGE OF** Matthew **DUKE AND** Christie Lynn **TERRELL**
and in the Interest of P.O.T., a Child

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-02375
Honorable Christine Vasquez-Hortick, Judge Presiding

### ORDER

In accordance with this court's memorandum opinion of this date, the trial court's order on ability to afford costs is AFFIRMED. Appellant Christie Lynn Terrell's opposed motion to abate this appeal is DENIED.

We ORDER Christie Lynn Terrell to (1) pay for, or make arrangements to pay for, the reporter's record no later than fifteen (15) days from the date of our opinion; and (2) file in this court a written verification of such payments or payment arrangements no later than fifteen (15) days from the date of our opinion. Failure to pay for, or make arrangements to pay for, the reporter's record as ordered will result in consideration of Terrell's appeal without a reporter's record.

Appellee Matthew Duke's motion to require appellant to pay costs is DENIED AS MOOT.

It is so **ORDERED** on March 27, 2024.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of March, 2024.

_____
Tommy Stolhandske, Clerk of Court